UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 APR 10 PM 3:14

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR1117-BTM |
| vs. | CRIMINAL NO. 08mj0950 |
| Juan Rodriguez-Rodriguez | ORDER RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 99089198 |

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Octavio Lugo-Garcia

DATED: 4/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082