UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 APR 10 PM 4 14

UNITED STATES OF AMERICA,
Plaintiff

vs.

Juan Rodriguez-Rodriguez
Defendant(s)

CRIMINAL NO. 08CR1117-BTM 08mj0950

ORDER

RELEASING MATERIAL WITNESS

Booking No. 99089198

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Naraly Solis-Candelaria

DATED: 4/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082